UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

"IN ADMIRALTY"

CROWLEY MARITIME CORPORATION,

    Plaintiff,

vs.                                                                                  CASE NO.:

TROPICAL PRODUCE C.R., LLC,

    Defendant.

_____/

## COMPLAINT

The Plaintiff, CROWLEY MARITIME CORPORATION (hereinafter "CROWLEY"), by and through its undersigned counsel files herewith this Complaint against TROPICAL PRODUCE C.R., LLC (hereinafter "TROPICAL") and for cause of action *in personam* states as follows:

### JURISDICTION

1. This Court has subject matter jurisdiction in accordance with 28 U.S.C. Section 1333(1) and the principles of supplemental jurisdiction outlined in 28 U.S.C. Section 1367(a). The Plaintiff is seeking to enforce rights contained in maritime contracts, making this an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

### VENUE

2. Venue in this district is proper. A substantial part of the events giving rise to the claims asserted by the Plaintiff occurred within the territorial limits of the United States District Court for the Southern District of Florida, namely Port Everglades, Florida. Furthermore, in accordance with the forum selection clause contained in the Credit Agreement annexed as Exhibit "A", venue lies in the United States District Court for the Southern District of Florida.

### THE PARTIES

3. CROWLEY MARITIME CORPORATION is a shipping line that engages in a diversified range of marine solutions and logistics services, including, but not limited to, containerized ocean cargo transportation. CROWLEY maintains a principal place of business at 9487 Regency Square Blvd., Jacksonville, Florida 32225.

4. Upon information and belief, TROPICAL PRODUCE C.R., LLC is a Delaware limited liability company engaged in the importation of produce from Costa Rica to the United States.

## GENERAL ALLEGATIONS

5. On or about January 6, 2017, TROPICAL submitted a written credit application to CROWLEY and was subsequently approved for a business line of credit by Plaintiff. A copy of said Credit Application and Agreement is attached as Exhibit "A".

6. Between January 2018 and February 2018, at the request and direction of TROPICAL, CROWLEY shipped produce aboard ocean vessels from Puerto Limon, Costa Rica to Port Everglades, Florida and delivered said goods to the named consignees.

7. The ocean freight and related charges agreed to as compensation for the transportation related activities described in the preceding paragraph are itemized on the bills of lading attached as Exhibit "B".

8. A copy of the Terms and Conditions that apply to ocean bills of lading issued by CROWLEY are annexed as Exhibit "C". Said terms are printed on the reverse side of every bill of lading issued by Plaintiff.

9. Paragraph 21 of the bill of lading contract attached as Exhibit "C" obligates TROPICAL, the named consignee, to pay the ocean freight and related charges invoiced by CROWLEY.

10. Despite repeated demands for remittance of the funds due, TROPICAL has failed and refused to pay $8,258.00 in ocean freight and related charges owed to CROWLEY and the Defendant is not entitled to any offset against said indebtedness.

11. In accordance with the terms and conditions of the credit agreement, Defendant is liable to CROWLEY for liquidated damages in the amount of $2,064.50 for failure to pay the freight charges within the credit period. *See* Exhibit "A".

## COUNT I – BREACH OF CONTRACT
(Ocean Bills of Lading)

12. CROWLEY repeats and realleges the allegations set forth in Paragraphs 1 through 11 as if fully set forth herein.

13. In January 2018 and February 2018, valid contracts were formed when CROWLEY agreed to transport cargo from Costa Rica to Port Everglades, Florida in exchange for transportation charges to be paid by TROPICAL. Said ocean freight and related charges are itemized on the bills of lading attached as Exhibit "B".

14. CROWLEY performed its contractual obligations, as well as all conditions precedent necessary to bring this action, by transporting cargo for the Defendant and delivering said goods to the consignees named on the ocean bills of lading.

15. TROPICAL committed a material breach of Paragraph 21 of the bill of lading contract

attached as Exhibit "B" by failing to compensate CROWLEY for the ocean freight and related charges earned by the carrier.

16. CROWLEY has suffered damages in the amount of $8,258.00.

WHEREFORE, the Plaintiff, CROWLEY MARITIME CORPORATION, respectfully requests for this Court to enter judgment against the Defendant, TROPICAL PRODUCE C.R., LLC, for damages in the amount of $8,258.00, interest, contractual attorney's fees in accordance with Paragraph 21 of the bill of lading terms and conditions, taxable costs and disbursements of this action and any other and further relief as may be just and proper under the circumstances.

## COUNT II – BREACH OF CONTRACT
(Credit Agreement)

17. CROWLEY repeats and realleges the allegations set forth in Paragraphs 1 through 11 as if fully set forth herein.

18. On or about January 6, 2017, a valid contract was formed when CROWLEY agreed to extend credit to TROPICAL in exchange for ocean freight and related charges to be paid within thirty (30) days after date of sailing from the port at which the goods were loaded.

19. CROWLEY performed its contractual obligations, as well as all conditions precedent necessary to bring this action, by extending credit to TROPICAL and delivering the transported goods to the named consignees.

20. TROPICAL committed a material breach of the credit agreement attached as Exhibit "A" by failing to compensate CROWLEY for the ocean freight and related charges within the credit period.

21. CROWLEY has suffered damages in the amount of $2,064.50.

WHEREFORE, the Plaintiff, CROWLEY MARITIME CORPORATION, respectfully requests for this Court to enter judgment against the Defendant, TROPICAL PRODUCE C.R., LLC, for liquidated damages in the amount of $2,064.50, taxable costs and disbursements of this action and any other and further relief as may be just and proper under the circumstances. Respectfully submitted at Miami, Florida this 30th day of June, 2018.

**DEE M. DOLVIN, P.A.**
*Attorney for Plaintiff*
P.O. Box 310424
Miami, Florida  33231
Telephone:  (305) 318-1919
E-mail:  Dee@DeeMDolvin.com

By:  /s/ Dee M. Dolvin
_____
DEE M. DOLVIN
Florida Bar No.:  707491